# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DENISE MOLINA,**

    **Plaintiff,**

v.                                                      **Case No.: 8:20-cv-2183-T-AAS**

**KILOLO KIJAKAZI, Acting
Commissioner of Social Security
Administration,**[1]

    **Defendant.**
_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 24). This request is unopposed. (*Id.* at p. 1).

The Commissioner requests remand for further administrative proceedings, including reevaluation of the effect of the plaintiff's impairments on her occupational base. (*Id.*). Section 405(g) of the Social Security Act provides "[t]he Court shall have power to enter, upon the pleadings and

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing." *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Commissioner's unopposed motion for entry of judgment with remand (Doc. 24) is **GRANTED**.

**ORDERED** in Tampa, Florida on October 20, 2021.

*[signature: Amanda Arnold Sansone]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge